UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **ZAYO GROUP, LLC,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil No.: 1:16-cv-00592-JFM |
| ) | |
| **MAYOR AND CITY COUNCIL** ) | |
| **OF BALTIMORE,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

To:  Clerk of the Court:

Please enter the appearance of Glen K. Allen (Bar No. 06150), Assistant Solicitor, as additional counsel representing Defendants Mayor and City Council of Baltimore, Baltimore City Department of Transportation, and Baltimore City Board of Estimates.

Dated:  May 16, 2016

                                    Respectfully submitted,

                                    /s/ *Glen K. Allen*
                                    Glen K. Allen (#06150)
                                    Assistant Solicitor
                                    Baltimore City Law Department
                                    100 Holliday Street
                                    Baltimore, MD 21202
                                    410-396-5713
                                    Glen.Allen@baltimorecity.gov

                                    *Counsel for the City Defendants*